ACCEPTED
14-15-00277-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/7/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

**CAUSE NO. 14-15-00277-CR**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 9:06:00 AM
CHRISTOPHER A. PRINE
Clerk

ASTROROID BENTON       §       IN THE COURT OF APPEALS
     [Appellant]

                                §

VS.                                   §       OF THE FOURTEENTH

                                  §

THE STATE OF TEXAS
     [Appellee]                  SUPREME JUDICIAL DISTRICT

## FINAL MOTION FOR EXTENSION OF TIME
## TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW ASTROROID BENTON, Appellant, and files this motion for

an extension of 30 days in which to file his appellate brief.  In support of this motion,

Appellant shows the court the following:

**I**

The Appellant was convicted and then sentenced on March 20, 2015 in the 248th

Criminal District in Harris County, Texas in Cause No. 1412553 of Murder.  The

Appellant was sentenced by the jury and received 90 years in the Texas Department of

Criminal Justice Institutional Division.

A written notice of appeal was filed on the same day.  The clerk's record was filed

on May 13, 2015 and the reporter's record was filed on April 24, 2015 and May 18, 2015.

This is Appellant's third  request for an extension of time, Appellant's brief was

due August 31, 2015.

## II

An extension of time is necessary so that counsel can adequately brief the issues presented. The appellate brief is being filed concurrently with this motion.

While counsel was preparing the brief she had identified two potential arguments for her client. However, upon further research, the record does not support the arguments she was hoping to make on behalf of her client and she had to start over. This necessitated more time that counsel had originally allotted for this appeal.

WHEREFORE, Appellant prays the court grant this motion and extend the deadline for filing the appellate brief to September 8, 2015.

RESPECTFULLY SUBMITTED,

_/s/ Deborah Summers_
Deborah Summers
State Bar No. 19505600
11210 Steeplecrest, Suite 120
Houston, Texas 77065
(281) 897-9600
Summerspc@sbcglobal.net

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing

instrument has been furnished to the District Attorney's Office of Harris County, Texas, by e-service to the District Attorney email, on the 8th day of September 2015.

/s/ Deborah Summers
Deborah Summers

**CAUSE NO. 14-15-00277-CR**


ASTROROID BENTON           §           IN THE COURT OF APPEALS
    [Appellant]

                                §

VS.                                    §           OF  THE FOURTEENTH

                                §

THE STATE OF TEXAS
    [Appellee]           SUPREME JUDICIAL DISTRICT


### O R D E R


On this the ___ day of _____, 2015 came to be heard Appellant's Motion for

Extension of Time to File Appellate Brief, and it appears to the court that this motion

should be:


_____
GRANTED


_____
DENIED

IT IS THEREFORE ORDERED that the time for filing the Appellate Brief in

the above cause is extended to _____, 2015.


                              _____
                              JUDGE PRESIDING

**CAUSE NO. 14-15-00277-CR**


ASTROROID BENTON　　　　　　§　　IN THE COURT OF APPEALS
　　[Appellant]
　　　　　　　　　　　　　　　§
VS.　　　　　　　　　　　　　　　　OF THE FOURTEENTH
　　　　　　　　　　　　　　　§
THE STATE OF TEXAS
　　[Appellee]　　　　　　　　　　SUPREME JUDICIAL DISTRICT

**A F F I D A V I T**


COMES NOW Deborah Summers, before the undersigned authority, and swears

to the following:


My name is Deborah Summers.  I am the attorney of record in the
above cause.  The foregoing Appellant's Motion For Extension of
Time to File Appellate Brief was prepared under my direction. Each
and every factual allegation contained therein is true and correct.


　　　　　　　　*/s/ Deborah Summers*
　　　　　　　　Deborah Summers